UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOLONIO PALOMARES, an individual; TERESA PALOMARES, an individual,<br><br>           Plaintiffs,<br><br>v.<br><br>BEAR STERNS RESIDENTIAL MORTGATE CORP., a Delaware corporaiton, et al.,<br><br>           Defendants. | Civil No. 07cv1899-WQH (BLM)<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

On February 19, 2008 at 1:30 p.m. the Court convened a telephonic Case Management Conference ("CMC")in the above-entitled action. Appearing were Jonathan Kurniadi on behalf of Plaintiff and Andrea Henningsen and Joseph Fette on behalf of Defendants.

Settlement of the case could not be reached at the CMC and the Court therefore discussed compliance with Rule 26 of the Federal Rules of Civil Procedure. Based thereon, the Court issues the following orders:

1. Any objections made to initial disclosure pursuant to Rule 26(a)(1)(A-D) are overruled, and the parties are ordered to

1 proceed with the initial disclosure process.  Any further objections
2 to initial disclosure will be resolved as required by Rule 26;
3     2.  The Rule 26(f) conference shall be completed on or
4 before **March 7, 2008**;
5     3.  A joint discovery plan shall be <u>lodged</u> with Magistrate
6 Judge Barbara L. Major on or before **March 17, 2008**;
7     4.  Initial disclosures pursuant to Rule 26(a)(1)(A-D) shall
8 occur on or before **March 24, 2008**; and,
9     5.  A Case Management Conference pursuant to Rule 16(b)
10 shall be held on **April 1, 2008** at **1:30 p.m.**, or as soon thereafter
11 as the Court's calendar will allow, with the chambers of Magistrate
12 Judge Major.  **Counsel shall appear telephonically.**  The Court will
13 initiate the conference call.
14     Parties are hereby warned that failure to comply with this
15 Order may result in the imposition of sanctions.  Additionally,
16 failure to respond to discovery requests or to comply with the
17 Federal Rules of Civil Procedure regarding discovery may result in
18 the imposition of sanctions including monetary sanctions, eviden-
19 tiary sanctions and the dismissal or default of your case.
20     **IT IS SO ORDERED.**
21 DATED: <u>February 19, 2008</u>
22
23                 BARBARA L. MAJOR
                  United States Magistrate Judge
24
25 COPY TO:
26 HONORABLE WILLIAM Q. HAYES
    UNITED STATES DISTRICT JUDGE
27
    ALL COUNSEL AND PARTIES
28