UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOLONIO PALOMARES; TERESA PALOMARES, <br><br> Plaintiffs, <br> v. <br><br> BEAR STEARNS RESIDENTIAL MORTGAGE CORP., et al., <br><br> Defendants. | Case No. 07cv1899-WQH (BLM) <br><br> **ORDER DENYING DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE** <br><br> [Doc. No. 41] |

On August 1, 2008, Defendant Bear Stearns Residential Mortgage Corp. requested that its client representative be permitted to appear by telephone for the August 25, 2008 Mandatory Settlement Conference ("MSC"). Doc. No. 41. In support, Bear Stearns states that it would be inconvenienced by having its representative travel from outside the state. Id.

///
///
///
///
///
///

In the order setting the MSC, the Court stated that the personal appearance requirement would only be waived for "extraordinary circumstances." Doc. No. 24. Because out-of-state travel does not constitute an extraordinary circumstance in this case, and because the Court believes that settlement discussions will be more fruitful if all parties appear in person, Defendant's request is **DENIED**.

**IT IS SO ORDERED.**

DATED: August 11, 2008

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT JUDGE

ALL COUNSEL